**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

—————————————————————————X

JOE HAND PROMOTIONS, INC.,

                Plaintiff,

              -against-

KED'S I CORP. d/b/a THE NEST
RESTAURANT & BAR AND DEVINDRA
KADARNAUTH,

                Defendants.

—————————————————————————X

Civil Action No.: 16-CV-05963-KAM-SMG

**ANSWER TO COMPLAINT**

Defendants, Ked's I Corp. d/b/a The Nest Restaurant & Bar and Devindra Kadarnauth ("Defendants"), by and through their attorneys, Lall & Associates, P.C., as and for their Answer to Plaintiff's, Joe Hand Promotions, Inc. ("Plaintiff"), Complaint, allege and set forth as follows:

1.     Defendants deny any knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 1 of Plaintiff's Complaint.

2.     Defendants deny the allegations contained in paragraph 2 of Plaintiff's Complaint, except however, Defendants admit that Defendant Keds I Corp. is a business entity, is a business that conducts business in the State of New York, and operates, maintains, and controls the establishment known as The Nest Restaurant and Bar located at 125-17 101st Avenue, Richmond Hill, NY 11419 (the "Establishment").

3.     Defendants deny the allegations contained in paragraph 3 of Plaintiff's Complaint, except however, Defendants admit that Defendant Devindra Kadarnauth is an individual residing in the State of New York and is an officer of the entity owning and operating the Establishment.

4.     Defendants admit to the allegations contained in paragraphs 4 and 5 of Plaintiff's Complaint.

5.    Defendants deny any knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraphs 6,7,8, 9, and 10 of Plaintiff's Complaint.

6.    Defendants deny the allegations contained in paragraphs 11, 12, and 13 of Plaintiff's Complaint.

7.    Defendants refer all matters of law to the court as to paragraph 14, 15, 16, 17, and 18 of Plaintiff's Complaint.

## AS AND FOR THE FIRST AFFIRMATIVE DEFENSE

8.    Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

## AS AND FOR THE SECOND AFFIRMATIVE DEFENSE

9.    Defendant Devindra Kadarnauth is not a proper party to this proceeding.

## AS AND FOR THE THIRD AFFIRMATIVE DEFENSE

10.    Defendant Devindra Kadarnauth is not liable for the obligations of Defendant Ked's I Corp d/b/a The Nest Restaurant & Bar.

11.    Defendant Devindra Kadarnauth did not exercise dominion and control over Defendant Ked's I Corp. d/b/a The Nest Restaurant & Bar for his personal gain resulting in a wrong or injustice to Plaintiff, and at all times relevant to this matter observed all prudent and required formalities of corporate governance.

## JURY DEMAND

Defendant hereby demands a trial by jury on all issues raised in this action so amenable to Trial.

WHEREFORE, Defendants request that the Complaint be dismissed in its entirety together with costs and disbursements in this action and such other and further relief as the court may deem just and proper.

Dated: New York, New York
         December 28, 2016

LALL & ASSOCIATES, P.C.

By:_____
        Jagat P. Lall, Esq.

Attorneys for Defendants
45 Rockefeller Plaza, Suite 2000
New York, New York 10111
Phone: (212)-445-0700
Email: jp@jplall.com