**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| JOE HAND PROMOTIONS, INC., |
| Plaintiff, |
| - against - |
| KED'S I CORP. d/b/a THE NEST RESTAURANT & BAR, DEVINDRA KADARNAUTH, |
| Defendants. |

CASE NO.: 1:16-cv-05963-KAM-SMG

## JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiff JOE HAND PROMOTIONS, INC. dismisses with prejudice its lawsuit against ALL DEFENDANTS. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

This 3rd day of April, 2017.

/s/ Jon D. Jekielek
Jon D. Jekielek, Esquire
Jekielek & Janis LLP

*Attorneys for Plaintiff*

/s/ Jagat P. Hall
Jagat P. Hall, Esquire
Lall & Associates, P.C.

*Attorneys for Defendants*

IT IS SO ORDERED on this _____ day of April, 2017

_____
Judge Steven M. Gold
United States Magistrate Judge

1